**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**$1,799,840.00 IN UNITED STATES CURRENCY SEIZED FROM HANCOCK WHITNEY BANK ACCOUNT 072514362 IN THE NAME OF ANGEL OCASIO LLC, AND**<br><br>**$200,000.00 IN UNITED STATES CURRENCY SEIZED FROM BENNINGTON STATE BANK ACCOUNT 200113652 IN THE NAME OF SETTLEMENT ACCOUNT SERVICES LLC,**<br><br>**Respondents.** | **CIVIL ACTION NO. SA-26-CV-05965** |

**VERIFIED COMPLAINT FOR FORFEITURE**

Comes now Petitioner United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, pursuant to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules Civil Procedure, and respectfully states as follows:

## I.
## NATURE OF THIS ACTION

This action is brought by the United States of America seeking forfeiture to the United States of the following property:

1. $1,799,840.00, in United States Currency seized from Hancock Whitney Bank Account Number 072514362, in the name of Angel Ocasio LLC, hereinafter referred to as the "Respondent Bank Account-1," and

2. $200,000.00, in United States Currency seized from Bennington State Bank Account Number 200113652, in the name of Settlement Account Services LLC, hereinafter referred to as the "Respondent Bank Account-2,"

hereinafter collectively referred to as the Respondent Bank Accounts.

## II.
## JURISDICTION AND VENUE

Under Title 28 U.S.C. § 1345, this Court has jurisdiction over an action commenced by the United States, and under Title 28 U.S.C. § 1355(a), jurisdiction over an action for forfeiture. This Court has *in rem* jurisdiction over the Respondent Bank Accounts under Title 28 U.S.C. §§ 1355(b)(6) and 1395. Venue is proper in this district pursuant to Title 28 U.S.C. § 1355(b)(1)(A) because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to Title 28 U.S.C. §§ 1355(b)(1)(B) and 1395(b) because the Respondent Bank Accounts is found in this district.

## III.
## STATUTORY BASIS FOR FORFEITURE

This is a civil forfeiture action *in rem* brought against the Respondent Bank Accounts for violations of Title 18 U.S.C. §§ 1343 (Wire Fraud), 1344 (Bank Fraud), and 1956 and 1957 (Money Laundering), which make the property subject to forfeiture to the United States pursuant to Title 18 U.S.C. § 981(a)(1)(C), which states (with emphasis added):

> **§ 981. Civil forfeiture**
> **(a)(1)** The following property is subject to forfeiture to the United States:
> ***
> **(C)** Any property, real or personal, which constitutes or is derived from proceeds traceable to . . . any offense constituting "*specified unlawful activity*" (as defined in section 1956(c)(7) of this title), or a *conspiracy* to commit such offense.

Wire Fraud is an offense constituting "specified unlawful activity" as defined in Title 18 U.S.C. § 1956(c)(7).

Additionally, Title 18 U.S.C. § 1956 violations are also subject to forfeiture pursuant to Title 18 U.S.C. § 981 (a)(1)(A), which states:

> **§ 981. Civil forfeiture**
> **(a)(1)** The following property is subject to forfeiture to the United States:
> **(A)** Any property, real or personal, involved in a transaction or attempted transaction in violation of section 1956 . . . or any property traceable to such property.

## IV.
## FACTS IN SUPPORT OF FORFEITURE

### A. Overview

In February 2026, Frost Bank reported a suspicious $16,080,000 wire transfer into an account held by Donna Doyle LLC. A subsequent investigation determined that the funds constituted proceeds of a business email compromise ("BEC") scheme targeting AMG Critical Materials ("AMG").[1] Immediately upon receipt, the funds were dispersed to numerous domestic and international accounts, including the two accounts that are the subject of this action:

1. $1,799,840, in United States Currency that was seized from Hancock Whitney Bank account no. 072514362, in the name of Angel Ocasio LLC, hereinafter referred to as the "Respondent Bank Account-1," and

2. $200,000, in United States Currency that was seized from Bennington State Bank account no. 200113652, in the name of Settlement Account Services LLC, hereinafter referred to as the "Respondent Bank Account-2,"

   hereinafter referred to collectively as "Respondent Bank Accounts."

On April 24, 2026, the United States District Court for the Western District of Texas issued seizure warrants authorizing seizure of the Respondent Bank Accounts. Thereafter, the respective financial institutions issued cashier's checks payable to the United States Secret Service ("USSS").

[1] Generally, a BEC scheme is a type of cyber fraud in which a criminal gains access to a legitimate business email account to trick employees into sending money. Typically, the attacker poses as a trusted person to request wire transfers or to change payment instructions.

The criminal investigation remains ongoing, and no arrests have been made to date.

**B. Statement Of Probable Cause**

On March 16, 2026, USSS Special Agent Michael Stotler received an FBI Internet Crime Complaint Center (IC3) report indicating that AMG had been defrauded through a BEC scheme resulting in a fraudulent $16,080,000 wire transfer. AMG is a global metallurgical technologies company headquartered in Wayne, Pennsylvania, and operates a joint venture with a Shell subsidiary, Shell and AMG Recycling BV, based in the Netherlands. The $16,080,000 wire represented a capital contribution intended to be paid to Advanced Circular Materials Company ("ACMC").[2]

The investigation revealed that unidentified suspects impersonated ACMC by spoofing ACMC email accounts, altering the legitimate domain "…@advancedcircular.com" to a fraudulent domain "…@advan**ec**dcircular.com" (emphasis added). The suspects further utilized a United Arab Emirates mobile number (971-55-521-8035) to pose as ACMC personnel. On February 27, 2026, believing they were communicating with ACMC, AMG authorized the $16,080,000 wire transfer, which was fraudulently diverted to a Frost Bank account ending in 2756, held by Donna Doyle LLC. Frost Bank was a financial institution headquartered in the Western District of Texas, specifically San Antonio. Doyle had no affiliation with AMG or ACMC. After the fraudulent transfer, the $16,080,000 was rapidly dispersed to multiple accounts, including the Respondent Bank Accounts.

On April 20, 2026, Special Agent Stotler interviewed Doyle. Doyle admitted receiving the

[2] ACMC was a joint venture established in 2022 by Shell & AMG Recycling (SARBV) and United Company for Industry (a subsidiary of Aljomaih Group) to build a Catalyst Manufacturing and Metals Reclamation Supercenter in Jubail Industrial City, Saudi Arabia.

wire and stated she did not know the source of the funds. She reported that an individual identifying himself as "Vern David," whom she met through an online dating website, instructed her to open the Frost Bank account and later obtained her banking login credentials. Doyle stated that "David" conducted the transfers and that she received no portion of the funds. The investigation revealed that Doyle operated as a simple money-facilitator. She permitted the leaders of the fraud scheme to use her bank account to receive and transfer criminal proceeds. Doyle acted at their direction and without exercising control over the broader BEC scheme.

A criminal history check revealed Doyle had no criminal record. Investigators believe "David" to be an alias used by the perpetrators of the fraud. David has not been located.

Financial tracing uncovered additional wire transfers amounting to millions of dollars that were sent to various bank accounts. These transfers were made to conceal and disguise the nature, the location, the source, the ownership and control of the proceeds.

### C. <u>Respondent Bank Account-1: Hancock Whitney Bank Account No. 072514362</u>

On March 26, 2026, a Hancock Whitney Bank fraud investigator confirmed that a $3,000,000 wire transfer was deposited into Account No. 072514362 (Respondent Bank Account-1) on February 27, 2026. The transfer originated from the Frost Bank account ending in 2756 and it affected interstate commerce. Respondent Bank Account-1 was held by Angel Ocasio LLC, owned by Angel Ocasio, and opened on January 21, 2026. The investigator reported that approximately $1,799,990 remained and had been placed on a fraud hold.[3] Ocasio could not provide a legitimate explanation for the $3,000,000 deposit, claiming it was related to high-end

[3] $1.2M of the $3M went to money-facilitator accounts at two different banks. $700K went to TD Bank, and the funds appeared to have been converted into cryptocurrency. $500K went to Bank of America. The bank charged a $130 analysis fee and a $20 closing fee which left a balance of $1,799,840.

online auctions. The investigation revealed that Ocasio also operated as a simple money-facilitator. A criminal background check revealed no record for Ocasio.

**D. Respondent Bank Account-2: Bennington State Bank Account No. 200113652**

On April 2, 2026, a fraud investigator at Bennington State Bank confirmed the deposit of $200,000 into Account No. 200113652 (Respondent Bank Account-2) on February 27, 2026. The transfer originated from the Frost Bank account ending in 2756 and it affected interstate commerce. Respondent Bank Account-2 was held by Settlement Account Services LLC, owned by Lora Cook, and was opened on April 10, 2025. The $200,000 was placed on a fraud hold. Cook stated to the fraud investigator that the funds were intended to pay contractors for supplies, but her statements conflicted with earlier representations that her business provided escrow services. She also expressed interest in transferring the funds to a cryptocurrency exchange, further raising suspicion. The investigation revealed that Cook also operated as a simple money-facilitator. A criminal history check revealed Cook had two prior DUI charges.

## CONCLUSION

Based on the foregoing facts, the United States asserts that the Respondent Bank Accounts contain property constituting, or derived from, proceeds traceable to violations of 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1344 (Bank Fraud), and 18 U.S.C. §§ 1956 and 1957 (Money Laundering).

## V.
## PRAYER

WHEREFORE, Petitioner, United States of America, prays that due process issue to enforce the forfeiture of the Respondent Bank Accounts, that due notice pursuant to Rule G(4) be

given to all interested parties to appear and show cause why forfeiture should not be decreed,[4] and in accordance with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., that the Respondent Bank Accounts be forfeited to the United States of America, that the Respondent Bank Accounts be disposed of in accordance with the law and for any such further relief as this Honorable Court deems just and proper.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By: ______________________

RAY A. GATTINELLA
Assistant United States Attorney
Asset Forfeiture Section
Texas Bar No. 00798202
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7040
Fax: (210) 384-7045
Email: Ray.Gattinella@usdoj.gov

Attorneys for the United States of America

[4]Appendix A, which is being filed along with this complaint, will be sent to those known to the United States to have an interest in the Respondent Bank Accounts.

**VERIFICATION**

Senior Special Agent Michael Stotler, declares and says that:

1. I am a Special Agent with the United States Secret Service (USSS) and the investigator responsible for the accuracy of the information provided in this litigation; and

2. I have read the above Verified Complaint for Forfeiture and know the contents thereof; that the information contained in the Verified Complaint for Forfeiture has been furnished by official government sources; and based on information and belief, the allegations contained in the Verified Complaint for Forfeiture are true.

Pursuant to Title 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 15th day of September 2026.

mstotler Digitally signed by mstotler Date: 2026.09.15 11:19:19 -04'00'

Michael Stotler, Senior Special Agent
United States Secret Service