**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. SA-26-CV-05965** |
| | ) | |
| **$1,799,840.00 IN UNITED STATES CURRENCY SEIZED FROM HANCOCK WHITNEY BANK ACCOUNT 072514362 IN THE NAME OF ANGEL OCASIO LLC, AND** | ) | |
| | ) | |
| **$200,000.00 IN UNITED STATES CURRENCY SEIZED FROM BENNINGTON STATE BANK ACCOUNT 200113652 IN THE NAME OF SETTLEMENT ACCOUNT SERVICES LLC,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**<u>NOTICE OF COMPLAINT FOR FORFEITURE</u>**

1. On September 16, 2026, a Verified Complaint for Forfeiture *in rem* was filed in this Court by the United States Attorney for the Western District of Texas and Assistant United States Attorney Ray A. Gattinella, against the property described below, which is also specifically described in the Verified Complaint for Forfeiture, for violations of Title 18 U.S.C. §§ 1343 (Wire Fraud), 1344 (Bank Fraud), and 1956 and 1957 (Money Laundering), and subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C), namely:

   1. $1,799,840.00, in United States Currency seized from Hancock Whitney Bank Account Number 072514362, in the name of Angel Ocasio LLC, hereinafter referred to as the "Respondent Bank Account-1," and
   2. $200,000.00, in United States Currency seized from Bennington State Bank Account Number 200113652, in the name of Settlement Account Services LLC, hereinafter referred to as the "Respondent Bank Account-2,"

**APPENDIX A**

hereinafter collectively referred to as the Respondent Bank Accounts.

2. Pursuant to Supplemental Rule of Federal Civil Procedure G(4)(b), notice to any person who reasonably appears to be a potential claimant shall be by direct notice. Accompanying this notice is the Verified Complaint for Forfeiture which has been filed in this cause and which describes the Respondent Bank Accounts. Pursuant to Supplemental Rule G(4)(b), any person claiming an interest in the Respondent Bank Accounts who has received direct notice of this forfeiture action must file a Claim, in compliance with Rule G(5)(a), with the court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below), or within 35 days of the date of delivery, if notice was personally served**. An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **twenty-one (21)** days of the Claim being filed.

3. The Claim and Answer must be filed with the Clerk of the Court, 262 West Nueva Street, Room 1-400, San Antonio, Texas 78207, and copies of each must be served upon Assistant United States Attorney Ray A. Gattinella, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216, or default and forfeiture will be ordered. *See* Title 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4. Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

**DATE NOTICE SENT:____________________**