**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. SA-26-CV-05965** |
| | ) | |
| **$1,799,840.00 IN UNITED STATES CURRENCY SEIZED FROM HANCOCK WHITNEY BANK ACCOUNT 072514362 IN THE NAME OF ANGEL OCASIO LLC, AND** | ) | |
| | ) | |
| **$200,000.00 IN UNITED STATES CURRENCY SEIZED FROM BENNINGTON STATE BANK ACCOUNT 200113652 IN THE NAME OF SETTLEMENT ACCOUNT SERVICES LLC,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**<u>WARRANT FOR THE ARREST OF PROPERTY</u>**

**TO THE UNITED STATES SECRET SERVICE, OR ITS DESIGNATED AGENT, OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:**

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on September 16, 2026, against the following property:

1. $1,799,840.00, in United States Currency seized from Hancock Whitney Bank Account Number 072514362, in the name of Angel Ocasio LLC, hereinafter referred to as the "Respondent Bank Account-1," and
2. $200,000.00, in United States Currency seized from Bennington State Bank Account Number 200113652, in the name of Settlement Account Services LLC, hereinafter referred to as the "Respondent Bank Account-2,"

hereinafter collectively referred to as the Respondent Bank Accounts, alleging that the Respondent Bank Accounts are subject to forfeiture to the United States of America pursuant to Title 18 U.S.C.

§ 981(a)(1)(C) for the violations of Title 18 U.S.C. §§ 1343 (Wire Fraud), 1344 (Bank Fraud), and 1956 and 1957 (Money Laundering); and

WHEREAS an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Property be issued as prayed for by Petitioner United States of America.

YOU ARE THEREFORE COMMANDED to arrest and take actual or constructive possession of the Respondent Bank Accounts as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the Respondent Bank Accounts is presently found, and to use whatever means may be appropriate to protect and maintain the Respondent Bank Accounts in your custody until further order of this Court, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Bank Accounts and to make a return as provided by law.

SIGNED this _______ day of _____________ 2026.

______________________________
PHILIP J. DEVLIN
United States District Clerk
Western District of Texas

By: ______________________________
Deputy